1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Jasmine W. Wetherell, Bar No. 288835
   JWetherell@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, California 90067-1721
   Telephone: +1.310.788.9900
5  Facsimile: +1.310.788.3399

6
7  Attorneys for Defendant
   MONDELEZ GLOBAL LLC
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VIVEK SHAH, | Case No. 2:24-cv-08797-AB-E |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| MONDELEZ GLOBAL LLC, | |
| Defendant. | |

-1-

2:24-cv-08797-AB-E
JOINT STIPULATION TO DISMISS WITH PREJUDICE

182656873.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Vivek Shah ("Plaintiff") and Defendant Mondelez Global LLC ("Defendant") stipulate and agree that the above-entitled action shall be dismissed in its entirety with prejudice, with each party to bear his/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 9, 2025         **PERKINS COIE LLP**

By: */s/ Jasmine W. Wetherell*
Jasmine W. Wetherell
David T. Biderman

Attorneys for Defendant MONDELEZ GLOBAL LLC

Dated: July 9, 2025         **PLAINTIFF**

By: */s/ Vivek Shah*
Vivek Shah

Pro Se Plaintiff

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer set forth below, Jasmine W. Wetherell, hereby attests that all signatories listed above, on whose behalf this stipulation is submitted, concur in the contents of this stipulation and have authorized the filing.*

Date: July 9, 2025          By: */s/ Jasmine W. Wetherell*
Jasmine W. Wetherell